# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**CORDARIOUS Q. WILLIS**                                                                                  **PLAINTIFF**
**ADC #162742**

v.                                    Case No. 4:22-cv-00828-KGB

**DEXTER PAYNE,** *et al.*                                                                                  **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 30). Plaintiff Cordarious Q. Willis has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court denies as moot defendants' motion for summary judgment (Dkt. No. 24). Mr. Willis' complaint it dismissed without prejudice (Dkt. No. 2).

It is so ordered this 9th day of July, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge